UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| JAMES C. SULLIVAN, | ) | |
|---|---|---|
| No. 454328, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 3:16-cv-02864 |
| | ) | Chief Judge Sharp |
| GRADY PERRY, | ) | |
| | ) | |
| Respondent. | ) | |

## O R D E R

James C. Sullivan, an inmate of the Hardeman County Correctional Facility in Whiteville, Tennessee, filed a *pro se* petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2254, challenging the legality of his confinement under a May 11, 2010 judgment entered against him by the Williamson County Criminal Court in Williamson County, Tennessee, for aggravated assault with a deadly weapon, vandalism, retaliation for past action, and reckless endangerment.[1] (Docket No. 21 at p. 1).

Presently pending before the court is the respondent's motion to dismiss Sullivan's petition for writ of *habeas corpus.* (Docket No. 20).

For the reasons explained more fully in the memorandum entered contemporaneously herewith, the respondent's motion to dismiss (Docket No. 20) is hereby **GRANTED** for failure to exhaust state court remedies. Accordingly, the petition is **DENIED**, and this action is hereby **DISMISSED WITHOUT PREJUDICE** to refile, if desired, once the petitioner has exhausted his state court remedies.

---

[1] The petitioner already was serving a five-year sentence at the time of this 2010 conviction, which is not the subject of the instant petition. (Docket No. 21 at p. 1 n.1).

It is so **ORDERED**.

_____
Kevin H. Sharp
Chief United States District Judge